UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 3:24-CR-99 |
| | ) | |
| vs. | ) | **REQUEST FOR NOTICE PURSUANT TO** |
| | ) | **FED. R. EVID. 807(b)** |
| DIANA QUEZADA, | ) | |
| | ) | |
| Defendant. | ) | |

The Defendant above-named, DIANA QUEZADA, by and through her attorney, Magdalena R. Brockel, requests that the U.S. Attorney provide the undersigned with notice, pursuant to FED. R. EVID. 807(b), of any evidence of material which the United States intends to offer at trial under the residual hearsay exception provisions of Rule 807 of the Federal Rules of Evidence sufficiently in advance of trial so the Defendant is afforded a fair opportunity to contest the use of the evidence. The Defendant requests that notice of any evidence subject to the requirements of FED. R. EVID. 807 be provided no later than the deadline set by the Court for the disclosure of discovery by the government or, if no order setting a deadline for the government's disclosure of discovery is entered, no later than 15 days before trial.

Dated this 27th day of June, 2024.

        Respectfully submitted,

        */s/ Magdalena R. Brockel*
        MAGDALENA R. BROCKEL
        **RED RIVER LAW, PLLC**
        P.O. Box 133
        Horace, ND 58047
        701-314-2424
        *maggie@redriverlawpllc.com*