### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America,      )<br>                              )<br>           Plaintiff,         )<br>                              )<br>     vs.                      )<br>                              )<br> Fidel Arenas-Torres,         )<br>                              )<br>           Defendant.         ) | Case No. 3:24-cr-99<br><br>**ORDER** |

Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to disclose to the defendant all exculpatory evidence—that is, evidence that favors the defendant or casts doubt on the United States' case, as required by <u>Brady v. Maryland</u>, 373 U.S. 83 (1963) and its progeny, and orders the United States to do so. Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court.

**IT IS SO ORDERED**.

Dated this 10th day of July, 2024.

/s/ Alice R. Senechal
Alice R. Senechal
United States Magistrate Judge