AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

| | |
|---|---|
| United States of America<br>v.<br>Fidel Arenas-Torres<br>*Defendant* | ) ) ) ) ) )   Case No. 3:24-cr-99 |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Fidel Arenas-Torres,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Possess with Intent to Distribute and Distribute Controlled Substances
Money Laundering Conspiracy

Date:   06/06/2024                                      /s/Sarah Lien
                                                        *Issuing officer's signature*

City and state:   Fargo, ND                             Sarah Lien, Deputy Clerk
                                                        *Printed name and title*

**Return**

This warrant was received on *(date)* 06/06/2024, and the person was arrested on *(date)* 07/10/2024
at *(city and state)* Fargo, ND.

Date:   07/11/2024
                                                        *Arresting officer's signature*

                                                        Reed Mesman - FBI Special Agent
                                                        *Printed name and title*