## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **NOTICE OF SUBSTITUTION** |
| ) | **OF COUNSEL** |
| -v- ) | |
| ) | **Criminal No. 3:24-cr-00099-PDW** |
| **FIDEL ARENAS-TORRES,** ) | |
| ) | |
| **Defendant.** ) | |

The undersigned attorneys hereby notify this Court and counsel for the Government that Defendant Fidel Arenas-Torres, currently represented by Eric B. Thomas of Wold Johnson, P.C., will now be represented by Brian P. Toay, also of Wold Johnson, P.C., pursuant to D. N.D. Gen. L.R. 1.3(F)(1).

Dated this 31st day of July, 2024.

WOLD JOHNSON, P.C.

*/s/ Eric B. Thomas*

Eric B. Thomas (No. 09121)
ethomas@woldlaw.com

*/s/ Brian P. Toay*

Brian P. Toay (No. 06351)
btoay@woldlaw.com

500 – 2nd Avenue North, Ste. 400
P.O. Box 1680
Fargo, ND 58107-1680
Telephone:  (701) 235-5515