UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTH DAKOTA

---

UNITED STATES OF AMERICA,                          3:24-cr-99

       Plaintiff,

                                     DEFENDANT'S MOTION
                                     TO CONTINUE TRIAL

vs.

TIMOTHY HOULE

       Defendant.

---

Comes now Timothy Houle, Defendant above-named, by and through his attorney, Scott Rose, and moves this Honorable Court for its Order continuing the trial date currently scheduled for September 10, 2024, for at least 90 days, on the following grounds:

Defendant's counsel has not yet received discovery and needs additional time once received to review and go over with defendant. Defense counsel believes a continuance is necessary in order to properly represent Defendant.

The undersigned, further, represents to the Court that this motion is made neither for purposes of undue delay nor other improper reason.  Counsel makes this request for the Defendant in order to have the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Defendant has been informed and understands that the delay occasioned by this motion is excluded from counting under the Speedy Trial Act.

1

Dated this 2nd day of August, 2024.

Respectfully submitted,


SCOTT ROSE
Attorney for Defendant
By:

/s/ Scott Rose
Scott Rose (#08666)
Attorney for Defendant, Timothy Houle
1110 College Drive, Suite 211
Bismarck, ND 58501
Telephone: (701) 258-0250
Facsimile:  (701) 877-1122
sroselawfirm@gmail.com