AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

| | |
|---|---|
| United States of America<br>v.<br>Clifton James Dubois<br><br>*Defendant* | )<br>)<br>)   Case No.  3:24-cr-99<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Clifton James Dubois  ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☑ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Possess with Intent to Distribute and Distribute Controlled Substances

Date: 10/09/2024

/s/Leah Riveland-Foster
*Issuing officer's signature*

City and state:  Fargo, North Dakota

Leah Riveland-Foster, Deputy Clerk
*Printed name and title*

**Return**

This warrant was received on *(date)* 10/10/2024, and the person was arrested on *(date)* 10/16/2024
at *(city and state)* Belcourt, ND.

Date: 10/16/2024

*Arresting officer's signature*

Reed Mesman - FBI Special Agent
*Printed name and title*