IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DIANA QUEZADA,<br><br>Defendant. | Case No. 3:24-cr-00099<br><br>**UNITED STATES' MOTION TO CONTINUE SENTENCING HEARING** |

The United States of America, by Nicholas W. Chase, United States Attorney for the District of North Dakota, and Dawn M. Deitz, Assistant United States Attorney, moves the Court for its order continuing Defendant's sentencing hearing, currently scheduled for January 8, 2026. The United States makes this motion due to co-defendants that remain pending trial. The undersigned conferred with defense counsel who indicated no objection to this motion.

Dated: December 5, 2025

                                            NICHOLAS W. CHASE
                                            United States Attorney

                By:    /s/ *Dawn M. Deitz*
                        DAWN M. DEITZ
                        Assistant United States Attorney
                        ND Bar ID 06534
                        655 First Avenue North, Suite 250
                        Fargo, ND  58102-4932
                        (701) 297-7400
                        dawn.deitz@usdoj.gov
                        Attorney for United States