IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FIDEL ARENAS-TORRES,<br><br>Defendant. | Case No. 3:24-cr-00099<br><br>**UNITED STATES' MOTION TO CONTINUE SENTENCING HEARING** |

The United States of America, by Nicholas W. Chase, United States Attorney for the District of North Dakota, and Dawn M. Deitz, Assistant United States Attorney, moves the Court for its order continuing Defendant's sentencing hearing, currently scheduled for February 6, 2026. The United States makes this motion due to co-defendants that remain pending trial. The undersigned conferred with defense counsel who indicated no objection to this motion.

Dated:  January 16, 2026

                                        NICHOLAS W. CHASE
                                      United States Attorney

By:  /s/ *Dawn M. Deitz*
      DAWN M. DEITZ
      Assistant United States Attorney
      ND Bar ID 06534
      655 First Avenue North, Suite 250
      Fargo, ND  58102-4932
      (701) 297-7400
      dawn.deitz@usdoj.gov
      Attorney for United States