**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **MOTION TO CONTINUE** |
| | ) | **SENTENCING HEARING** |
| **-v-** | ) | |
| | ) | **Criminal No. 3:24-cr-00099** |
| **Fidel Arenas-Torres** | ) | |
| **Defendant.** | ) | |

Defendant, Fidel Arenas-Torres, by and through his attorney, Brian P. Toay, hereby moves the Court to continue and reschedule the sentencing hearing.  This motion is based upon the following:

1.	Additional time is needed before the parties are prepared to proceed forward with a sentencing hearing.

2.	AUSA Dawn Deitz has been notified of this request and does not object to a continuance.

Dated this 20th day of May, 2026

/s/*Brian Toay*
Brian P. Toay
Attorney for Defendant
**Wold Johnson, P.C.**
P.O. Box 1680
Fargo, ND 58102
(701) 235-5515
btoay@woldlaw.com