IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT LEE PELTIER,<br><br>Defendant. | Case No. 3:24-cr-00099<br><br>**UNITED STATES' MOTION TO CONTINUE SENTENCING HEARING** |

The United States of America, by Nicholas W. Chase, United States Attorney for the District of North Dakota, and Dawn M. Deitz, Assistant United States Attorney, moves the Court for its order continuing Defendant's sentencing hearing, currently scheduled for June 3, 2026. The United States makes this motion due to a co-defendant that remains pending trial. The undersigned conferred with defense counsel who indicated no objection to this motion.

Dated:  May 27, 2026

NICHOLAS W. CHASE
United States Attorney

By:     /s/ *Dawn M. Deitz*
DAWN M. DEITZ
Assistant United States Attorney
ND Bar ID 06534
655 First Avenue North, Suite 250
Fargo, ND  58102-4932
(701) 297-7400
dawn.deitz@usdoj.gov
Attorney for United States